

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00224-CV

JOHN ELLIS, Appellant

V.

DALLAS AREA RAPID TRANSIT, Appellee

§ On Appeal from the 48th District Court

§ of Tarrant County (048-280578-15)

§ January 14, 2021

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant John Ellis must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
        Justice Elizabeth Kerr